# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TRISTAN R. TRAVIS                                                                                    PETITIONER
ADC #158139

VS.                                    5:17-CV-00044-SWW/JTR

WENDY KELLEY, Director,
Arkansas Department of Corrections                                                      RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") from United States Magistrate Judge J. Thomas Ray, along with the filed objections. After careful consideration and a de novo review of the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

It is therefore ordered that Tristan Travis's petition for a writ of habeas corpus is denied, and this case is dismissed with prejudice. The Court will not issue a certificate of appealability because Mr. Travis has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c). Judgment will be entered accordingly.

IT IS SO ORDERED this 27th day of September, 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE