UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TRISTAN R. TRAVIS                                                                                          PETITIONER
ADC #158139

VS.                                           5:17-CV-00044-SWW/JTR

WENDY KELLEY, Director,
Arkansas Department of Corrections                                                            RESPONDENT

## JUDGMENT

Consistent with the Order entered this day, IT IS CONSIDERED, ORDERED, and ADJUDGED that this habeas action is dismissed with prejudice. The Court will not issue a certificate of appealability because petitioner Tristan Travis has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

IT IS SO ORDERED this 27th day of September, 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE